UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-08153-SVW-JC | Date | February 16, 2023 |
|---|---|---|---|
| Title | Latanya Williams v. Glenn Soon Gee et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on February 9, 2023, issued an order to show cause why this action should not be dismissed for lack of prosecution.

In response, on February 15, 2023, plaintiff filed a proof of service indicating that defendant Glenn Soon Gee was served on December 26, 2022, and whose answer was due on January 17, 2023.

Plaintiff had sufficient time to request entry of default and file a motion for default judgment. The Court finds that the case lacks the papers that would show it is being timely prosecuted.

The Court orders the case dismissed.

:

Initials of Preparer    PMC